Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St., Ste. 215
Santa Rosa, CA 95404
Tel: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Sheila Davis



**Entered on Docket
July 28, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

The following constitutes the order of the court.
Signed July 28, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

    Sheila Davis                         Case No   11-41673

    Debtor                             Chapter:  13
_____/

**ORDER TO RE-OPEN CASE**

The motion of the Debtor to re-open this case pursuant to Bankruptcy Code §350(b) and Bankruptcy Rule 5010 came before the court by ex-parte application.

Good cause appearing,

IT IS ORDERED that:

The motion is granted and this bankruptcy case is re-opened.

No trustee will be appointed.

                       ** END OF ORDER **

# COURT SERVICE LIST

**Recipients to Receive Notice Electronically:**

Office of the U.S. Trustee/Oak USTPRegion17.OA.ECF@usdoj.gov

Martha G. Bronitsky 13trustee@oak13.com

Arnold L. Graff ecfcanb@aldridgepite.com

Casper J. Rankin ecfcanb@aldridgepite.com

Evan Livingstone evanmlivingstone@gmail.com

Josh Harrison jharrison@ursuslaw.com

**Recipients to Receive Service by First-Class Mail:**

Asset Acceptance Llc (Original Cred Po Box 2036 Warren, MI 48090

Asset Acceptance, LLC assignee CHASE PO Box 2036 Warren, MI 48090

Asset Acceptance, LLC assignee ZALES / CITIBANK PO Box 2036 Warren, MI 48090

AT&T Services Inc. James Grudus, Esq. One AT&T Way, Room 3A218 Bedminster, NJ 07921

Brclysbankde P.O. B 8803 Wilmington, DE 19899

CA Employment Development Dept. Bankruptcy Group MIC 92E P.O. Box 826880 Sacramento, CA 94280−0001

CA Franchise Tax Board Special Procedures Bankruptcy Unit P.O. Box 2952 Sacramento, CA 95812−2952

Candica L.L.C C O Weinstein And Riley, Ps 2001 Western Avenue, Ste 400 Seattle, WA 98121

Cooperative Ctr Fcu 2001 Ashby Ave Berkeley, CA 94703

Cpu/Cbsd Po Box 6497 Sioux Falls, SD 57117

Eaf Llc (Original Creditor:08 Ge Mo 1120 West Lake Co Suite B Buffalo Grove, IL 60089

Fresn Cb Col (Original Creditor:Med 757 L Street P O Box 942 Fresno, CA 93721

Gemb/Mervyns Po Box 981400 El Paso, TX 79998

Labor Commissioner 1515 Clay St. Room 801 Oakland, CA 94612

Midland Funding LLC by American InfoSource LP as agent PO Box 4457 Houston, TX 77210−4457

Midland Funding LLC by American InfoSource LP as agent PO Box 4457 Houston, TX 77210−4457

Ndex West LLC 15000 Surveyor Blvd #500 Addison, TX 75001−9013

Portfolio Investments I LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131−1605

Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541

Sheila Davis 863 57th St Oakland, CA 94608

Sprint Nextel Correspondence Attn Bankruptcy Dept PO Box 7949 Overland Park KS 66207−0949

Sprint Nextel Distribution Attn: Bankruptcy Dept P.O. Box 3326 Englewood, CO 80155−3326

State Board of Equalization Collection Dept. P.O. Box 942879 Sacramento, CA 94279

Vanda, LLC c/o Weinstein & Riley, P.S. 2001 Western Ave., Ste. 400 Seattle, WA 98121

Vanda, LLC c/o Weinstein & Riley, P.S. 2001 Western Ave., Ste. 400 Seattle, WA 98121

Wells Fargo Bank NA ATTENTION: Bankruptcy Department MAC #T7416−023 4101 Wiseman Blvd San Antonio, TX 78251

Wells Fargo Bank, N.A Pite Duncan, LLP 4375 Jutland Dr., Ste. 200 PO Box 17933 San Diego, CA 92177−0933

Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB, formerly known as World Savings Bank, FSB Pite Duncan LLP Casper J. Rankin 4375 Jutland Drive Suite 200 PO Box 17933 San Diego, CA 92177−0933

Wells Fargo Bank, N.A. also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A, and formerly known as Wachovia Mortgage FSB PIte Duncan, LLP c/o Arnold L. Graff 4375 Jutland Drive, Suite 200 P.O. Box 17933 San Diego, CA 92177−0933

Wells Fargo Bank, N.A. c/o Pite Duncan, LLP 4375 Jutland Drive, Suite 200 P.O. Box 17933 San Diego, CA 92177−0933

Wells Fargo Dealer Services, Inc. PO Box 19657 Irvine, CA 92623−9657

Wfds/Wds Po Box 1697 Winterville, NC 28590

Wfhm/Gdw Loan Service Custo Po Box 659558 San Antonio, TX 78265

Zales/Cbsd Po Box 6497 Sioux Falls, SD 57117