Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
740 4th St., Ste. 215
Santa Rosa, CA 95404
Tel: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Sheila Davis

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:
    Sheila Davis                                    Case No    11-41673

    Debtor                                        Chapter: 13
_____/

**MOTION REQUESTING DISCHARGE OF DEBTOR**

TO ALL CREDITORS, CHAPTER 13 TRUSTEE, UNITED STATES TRUSTEE, ALL

PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF RECORD:

    1. The Debtor, Sheila Davis, is entitled to a discharge in that the confirmed Chapter 13 plan in this case has been completed and all plan payments to be made to the Trustee and/or otherwise provided for under the plan have been made.

    2. The Debtor has filed a Debtor's Certification in Support of Discharge which was served on all creditors and other interested parties requesting specific notice stating:

    a. The Certification of Completion of Instructional Course Concerning Financial Management has been filed or the course was not completed pursuant to 11 U.S.C.§1328(g)(2) or court order.

    b. All domestic support obligations, as that term is defined in 11 U.S.C. §101(14A), that have become due under any order of a court or administrative agency or under any statute have

been paid or the debtor did not have any domestic support obligations during the pendency of the case.

  c. No exemptions in excess of the adjusted amount set forth in 11 U.S.C. §522(q)(1) were claimed or exemptions in excess of the adjusted amount were claimed and all creditors and other interested parties requesting special notice were served with a statement by the debtor as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

  d. All creditors and other interested parties requesting special notice were served with a statement by the debtor as to whether there is pending a proceeding in which the debtor may be found guilty of a felony of a kind described in §522(q)(1)(A) or found liable for a debt of the kind described in §522(q)(1)(B).

  THEREFORE, the Debtor requests that the Court enter a discharge order pursuant to 11 U.S.C.§1328.

Dated: October 6, 2016           /s/Evan Livingstone
                     Evan Livingstone Attorney for
                     Sheila Davis