# UNITED STATES BANKRUPTCY COURT

## Northern District of California (Oakland)

In re

Sheila Davis

Debtor.

Case No. 11-41673

Chapter 13

**NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE (CLAIM 6)**

Creditor, Wells Fargo Bank, N.A., hereby withdraws its Notice of Mortgage Payment Change with respect to Claim No. 6, filed in the above-entitled matter on 02/13/2017.

Dated: 03/02/2017

Respectfully submitted,

/s/ LeeAnne D. May

VP Loan Documentation
Wells Fargo Bank, N.A./Wells Fargo Home Mortgage
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700
P: 800-274-7025
E: NoticeOfPaymentChangeInquiries@wellsfargo.com



1063249-cb2957b9-34af-4ce8-8edc-58085a0015d5-

# UNITED STATES BANKRUPTCY COURT

Northern District of California (Oakland)

Chapter 13 No. 11-41673

In re:

Judge: Judge William J. Lafferty

Sheila Davis

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before March 03, 2017, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

Debtor: By U.S. Postal Service First Class Mail Postage Prepaid:

Sheila Davis
863 57th St
Oakland, CA 94608

Debtor's Attorney: By U.S. Postal Service First Class Mail Postage Prepaid:

Evan Livingstone
Law Offices of Evan Livingstone
740 Fourth St ;215
Santa Rosa, CA 95404

Trustee: By U.S. Postal Service First Class Mail Postage Prepaid:

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

/s/ Bruce Bertrand

4 S Technologies, LLC
(as authorized agent for Wells Fargo Bank, N.A./Wells Fargo Home Mortgage)



1063249-f50d7992-8a56-4204-91a2-5e98612616bd-