Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Sheila Davis

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                               Case No.   11-41673

Sheila Davis                                         Chapter    13
             Debtor(s)
_____/

**REQUEST FOR ENTRY OF DEFAULT ORDER ON MOTION**

**REQUESTING DISCHARGE OF DEBTOR**

On October 6, 2016, Debtor filed a Motion to Requesting Discharge of Debtor (Doc 127). On that same date debtor served a Notice and Opportunity for Hearing on Motion Requesting Discharge of Debtor to all of the parties on the court's service list (Doc 128).

The attorney for debtor has received no notice of opposition or request for hearing on debtor's motion. Therefore, debtor prays the court grants debtor's motion and enter Debtor's discharge after completion of her Chapter 13 Plan.

Date: June 29, 2017                          /s/Evan Livingstone
                                             Evan Livingstone
                                             Attorney for Debtor

# DECLARATION OF EVAN LIVINGSTONE

I Evan Livingstone, attorney for debtor, declare under penalty of perjury that I have received neither opposition nor request for a hearing on debtor's motion.

Date: June 29, 2017            /s/Evan Livingstone
                                               Evan Livingstone
                                               Attorney for Debtor