| | |
|---|---|
| 1 | Evan Livingstone (SBN 252008) |
| | LAW OFFICE OF EVAN LIVINGTONE |
| 2 | 740 4th St. Suite 215 |
| | Santa Rosa CA 95404 |
| 3 | Phone: (707) 206-6570 |
| | Fax: (707) 676-9112 |
| 4 | Email: evanmlivingstone@gmail.com |
| 5 | Attorney for Debtor Sheila Davis |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. | 11-41673 |
|---|---|---|
| | Chapter | 13 |
| Sheila Davis | **CORRECTED** | |
| Debtor(s) | **Notice of Hearing on Motion** | |
| | **Requesting Discharge of Debtor** | |
| | Date: | March 11, 2019 |
| | Time: | 1:30 PM |
| | Place: | 1300 Clay St, Rm 220 |
| | | Oakland, CA 94612 |
| _____/ | Judge: | Hon. William J. Lafferty |

TO ALL CREDITORS, CHAPTER 13 TRUSTEE, UNITED STATES TRUSTEE, ALL

PARTIES IN INTEREST, AND TO THEIR ATTORNEYS OF RECORD:

  Please take notice. At the above date and time, the Court will hold a hearing on debtor's attached Motion Requesting Discharge.

  Any opposition to confirmation must be filed and served fourteen (14) days prior to the above hearing date. Failure to file timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

Date: February 12, 2019            /s/ Evan Livingstone
                         Evan Livingstone
                         Attorney for Debtor

```
 1  Evan Livingstone (SBN 252008)
    LAW OFFICE OF EVAN LIVINGSTONE
 2  740 4th St. Suite 215
    Santa Rosa CA 95404
 3  Phone: (707) 206-6570
    Fax: (707) 676-9112
 4  Email: evanlivingstone@sbcglobal.net

 5  Attorney for Debtor Sheila Davis
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

Sheila Davis
        Debtor(s)

_____/

Case No.   11-41673
Chapter   13

**CERTIFICATE OF SERVICE**

Date:   March 18, 2019
Time:   1:30 PM
Place:   1300 Clay St, Rm 220
           Oakland, CA 94612
Judge:   Hon. William J. Lafferty

I hereby certify that on February 12, 2019, a copy of the above CORRECTED NOTICE OF HEARING ON MOTION REQUSTING DISCHARGE, and Debtor's MOTION REQUESTING DISCHARGE was served, to the Chapter 13 Trustee, the United States Trustee and to the creditors listed on the attached creditor matrix by first-class mail.

Date: February 12, 2019
                                   /s/ Evan Livingstone
                                   Evan Livingstone

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-4<br>Case 11-41673<br>Northern District of California<br>Oakland<br>Thu Feb  7 17:23:44 PST 2019 | Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 | Office of the U.S. Trustee/Oak<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0<br>San Francisco, CA 94102-3661 |
| Vanda, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Wells Fargo Bank, N.A<br>Pite Duncan, LLP<br>4375 Jutland Dr., Ste. 200<br>PO Box 17933<br>San Diego, CA 92177-7921 | Wells Fargo Bank, N.A. also known as Wachovi<br>PIte Duncan, LLP<br>c/o Arnold L. Graff<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Wells Fargo Bank, N.A. also known as Wachovi<br>Pite Duncan LLP<br>Casper J. Rankin<br>4375 Jutland Drive Suite 200<br>PO Box 17933<br>San Diego, CA 92177-7921 | U.S. Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA 94612-1426 | % AT&T Services Inc.<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 |
| Asset Acceptance Llc (Original Cred<br>Po Box 2036<br>Warren, MI 48090-2036 | Asset Acceptance, LLC   assignee  CHASE<br>PO Box 2036<br>Warren, MI 48090-2036 | Asset Acceptance, LLC assignee  ZALES / CITI<br>PO Box 2036<br>Warren, MI 48090-2036 |
| Brclysbankde<br>P.O. B   8803<br>Wilmington, DE 19899-8803 | Candica L.L.C<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, WA 98121-3132 | Cooperative Ctr Fcu<br>2001 Ashby Ave<br>Berkeley, CA 94703-2588 |
| Cpu/Cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Eaf Llc (Original Creditor:08 Ge Mo<br>1120 West  Lake Co Suite B<br>Buffalo Grove, IL 60089-1970 | Fresn Cb Col (Original Creditor:Med<br>757 L Street P O Box 942<br>Fresno, CA 93721-2904 |
| Gemb/Mervyns<br>Po Box 981400<br>El Paso, TX 79998-1400 | Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | Ndex West LLC<br>15000 Surveyor Blvd #500<br>Addison, TX 75001-4417 |
| Portfolio Investments I LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Wells Fargo Bank NA<br>ATTENTION: Bankruptcy Department<br>MAC #T7416-023<br>4101 Wiseman Blvd<br>San Antonio, TX 78251-4200 | Wells Fargo Bank, N.A.<br>c/o Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 | Wells Fargo Dealer Services, Inc.<br>PO Box 19657<br>Irvine, CA 92623-9657 |
| Wfds/Wds<br>Po Box 1697<br>Winterville, NC 28590-1697 | Wfhm/Gdw<br>Loan Service Custo Po Box 659558<br>San Antonio, TX 78265 | Zales/Cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |

| Evan Livingstone | Martha G. Bronitsky | Sheila Davis |
| --- | --- | --- |
| Law Offices of Evan Livingstone | P.O. Box 5004 | 863 57th St |
| 740 Fourth St #215 | Hayward, CA 94540-5004 | Oakland, CA 94608-2834 |
| Santa Rosa, CA 95404-4421 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Portfolio Recovery Associates, LLC | Sprint Nextel Correspondence | (d)Sprint Nextel Distribution |
| --- | --- | --- |
| POB 41067 | Attn Bankruptcy Dept | Attn: Bankruptcy Dept |
| Norfolk VA 23541 | PO Box 7949 | P.O. Box 3326 |
| | Overland Park KS 66207-0949 | Englewood, CO 80155-3326 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (d)Vanda, LLC | End of Label Matrix | |
| --- | --- | --- |
| c/o Weinstein & Riley, P.S. | Mailable recipients | 32 |
| 2001 Western Ave., Ste. 400 | Bypassed recipients | 1 |
| Seattle, WA 98121-3132 | Total | 33 |